AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Georgina Ramirez<br><br>*Defendant(s)* | Case No. 23-1435 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 20, 2023__ in the county of __Dona Ana__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC § 758 | High Speed Flight from Immigration Checkpoint |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Ryan Beck, HSI Special Agent
*Printed name and title*

Telephonically sworn and electronically signed.

Date: 21 Sept. 2023

*Judge's signature*

City and state: __Las Cruces, New Mexico__   Damian L. Martinez, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VS

Georgina Ramirez

On September 20, 2023, just after midnight, United States Border Patrol (USBP) agents were on duty at the USBP immigration checkpoint located at westbound Interstate 10, mile marker 120, west of Las Cruces, New Mexico. While conducting inspection duties, agents observed a silver in color Nissan Pathfinder with at least two visible occupants approach the primary inspection area. The driver of the vehicle handed her driver's license out the window to the agents, identifying herself as Georgina Ramirez. When agents asked her to fully lower the Pathfinder's rear driver side window, Ramirez replied that the window did not work properly. Since the window was already partially lowered, agents glanced inside and observed a bulky object which they believed to be another passenger. Ramirez then quickly accelerated without warning as agents yelled at her to stop. The Pathfinder proceeded to flee from the checkpoint at a high rate of speed, traveling westbound on Interstate 10 and out of the agents' view.

The Pathfinder continued westbound on Interstate 10 for approximately six miles until Ramirez pulled onto the center median and parked near mile marker 114. Once the Pathfinder stopped, Ramirez and five additional passengers exited the vehicle and fled on foot. According to several of the passengers, Ramirez had instructed them to run.

While the Pathfinder's occupants were fleeing on foot, one of the passengers attempted to cross Interstate 10 and was fatally struck by a passing vehicle, believed to be a semi-truck. USBP agents arrived in the area several minutes later, where they located and apprehended Ramirez and four passengers, three of whom were determined to be illegal aliens (IAs) who were not in possession of immigration documents allowing them to remain in the United States legally. Agents further located the deceased passenger in the center median, who was later discovered to also be an IA. Ramirez and the surviving passengers were transported back to the checkpoint for further investigation.

During a post-Miranda interview, Ramirez admitted that she was in need of money and chose to drive to Sunland Park, New Mexico, where she picked up several subjects whom she knew to be IAs. The IAs were transported to Ramirez's residence in the Anthony, New Mexico area, where they were temporarily harbored. Ramirez advised that she was going to travel to Deming, New Mexico for personal reasons and agreed to transport the IAs to Deming, expecting that they would compensate her financially.

Knowing that it was illegal to transport IAs, Ramirez said she became scared when agents at the checkpoint began to question her. As a result, she admitted that she fled from the checkpoint in her vehicle, estimating that she reached speeds of up to 90 miles per hour. She stated that she also turned the vehicle's headlights off after fleeing in an attempt to evade agents.

Because this affidavit is being submitted for the purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other law enforcement officers.

_____          _____
Damian L. Martinez                                                Ryan Beck
United States Magistrate Judge                          Special Agent
District of New Mexico                                         Homeland Security Investigations